IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:18-cv-686

| | |
|---|---|
| NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF GREENSBORO, <br><br> Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL** |

    NOW COME Plaintiffs and Defendant, by and through counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate the following:

    On August 14, 2018, the Greensboro City Council repealed Section 20-1, the ordinance at issue in this litigation, and replaced it with the Amended Chapter 16 and 18 Ordinance. The current Greensboro City Council does not intend to reenact Section 20-1. The City of Greensboro further acknowledges that there is no reasonable expectation that the City of Greensboro will reenact Section 20-1 in the future. Thus, all claims in this action are dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

    The Parties acknowledge and respect that solicitation, including panhandling, has long been considered a form of speech protected under the First Amendment of the United

States Constitution, and regulation on that speech is subject to First Amendment jurisprudence. This Stipulation is not, and should not be construed as, an admission or acknowledgement by the City of Greensboro that Section 20-1 violated the First Amendment or was otherwise unconstitutional.

This the 13th day of March, 2020.

| | |
|---|---|
| /s/ Patrick M. Kane<br>Patrick M. Kane (#36861)<br>Kip D. Nelson (#43848)<br>Zachary T. Dawson (#50268)<br>FOX ROTHSCHILD LLP<br>300 N. Greene Street<br>Suite 1400<br>Greensboro, NC 27401<br>336-378-5200/FAX 336-378-5400<br>E-mail:<br>pkane@foxrothschild.com<br>knelson@foxrothschild.com<br>zdawson@foxrothschild.com<br><br>*Attorneys for Defendant* | /s/ Emily E. Seawell<br>Emily E. Seawell (#50207)<br>ACLU of North Carolina<br>Legal Foundation<br>PO Box 28004<br>Raleigh, NC 27611<br>919-834-3466<br>eseawell@acluofnc.org<br><br>*Attorneys for Plaintiffs National Law Center on Homelessness & Poverty, Terry Lindsay, Sima Fallahi, and Zalonda Woods* |

| | |
|---|---|
| /s/ Janet McAuley Blue<br>Janet McAuley Blue (#9119)<br>Brian Hogan (#46119)<br>Edward R. Sharp (#28796)<br>Legal Aid of North Carolina<br>122. N. Elm St., Ste. 700<br>Greensboro, NC  27401<br>336-272-0148<br>janetm@legalaidnc.org<br>brianh2@legalaidnc.org<br>eds@legalaidnc.org<br><br>*Attorneys for Plaintiffs Terry Lindsay, Sima Fallahi, and Zalonda Woods* | /s/ Eric S. Tars<br>Eric S. Tars*<br>National Law Center on Homelessness & Poverty<br>2000 M. St., N.W., Ste. 210<br>Washington, DC 20036<br>202-638-2535 ext. 120<br>etars@nlchp.org<br><br>*Attorney for Plaintiff National Law Center on Homelessness & Poverty*<br><br>*Specially appearing pursuant to Local Civil Rule 83.1(d).* |